## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   PHILLIP C SEEBACH<br>   SHAWN M SEEBACH<br><br>                Debtors | CASE NO: 08-32884<br>      (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010193**

| Ct / Tee Claim # | Address | Amount |
|---|---|---:|
| 2/ 3 | WELLS FARGO HOME MORTGAGE<br>1 HOME CAMPUS MAC# X2302-4C<br>BANKRUPTCY PAYMENT PROCESSING<br>DES MOINES, IA  50328 | 264.70 |
| 2/ 47 | WELLS FARGO HOME MORTGAGE<br>1 HOME CAMPUS MAC# X2302-4C<br>BANKRUPTCY PAYMENT PROCESSING<br>DES MOINES, IA  50328 | 4,207.76 |

    /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/26/2010

Certificate of Service                08-32884

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

PHILLIP C SEEBACH
SHAWN M SEEBACH
609 W. ALKALINE SPRINGS R
VANDALIA, OH  45377

GREGORY TURNER
207 SOUTH MAIN STREET
BOX 339
ENGLEWOOD, OH  45322

(35.1n)
DANIEL C WOLTERS
1100 SUPERIOR AVE
19TH FLOOR
CLEVELAND, OH  44114

(41.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN  56302

(3.3)
JOEL K JENSEN
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(44.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(39.1n)
US DEPARTMENT OF EDUCATION
DIRECT LOAN SERVICING CENTER
BOX 5609
GREENVILLE, TX  75403

(36.1n)
WELLS FARGO FINANCIAL OHIO INC
BANKRUPTCY DEPARTMENT
13675 TECHNOLOGY DR BLDG C 2ND
EDEN PRAIRIE, MN  55344

(3.1)
WELLS FARGO HOME MORTGAGE
1 HOME CAMPUS MAC# X2302-4C
BANKRUPTCY PAYMENT PROCESSING
DES MOINES, IA  50328

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                sv